**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CALVIN R. MULLINAX, SR. and**                                                                     **PLAINTIFFS**
**MARY ALICE MULLINAX**


**v.**                                                  **Case No. 4:19-cv-00917-LPR**


**CATERPILLAR INC.,** *et al.*                                                                     **DEFENDANTS**

## ORDER

Before the Court is Calvin R. Mullinax, Sr. and Mary Alice Mullinax's Rule 41 motion to dismiss this case without prejudice (Doc. 99).  Plaintiffs have represented that Defendants do not oppose the motion.  The motion is GRANTED and this case (in its entirety) is DISMISSED without prejudice.  Each party shall bear its own costs and fees.

IT IS SO ORDERED this 1st day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE