# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CALVIN R. MULLINAX, SR. and**                                                    **PLAINTIFFS**
**MARY ALICE MULLINAX**

**v.**                                    **Case No. 4:19-cv-00917-LPR**

**CATERPILLAR INC.,** *et al.*                                                     **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this date, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 1st day of July 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE